UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-06-3891              SAMUEL CONTI           DATE 8/3/07
Case Number             Judge

Title: LEAD CLICK MEDIA, INC.    vs RELATIONSHIP MEDIA, et al.

Attorneys: ROBERT SULLWOLD        JEFFREY SHOPOFF

Deputy Clerk: T. De Martini    Court Reporter: Star Wilson

MOTIONS

Defendant'S Motion to Continue the Trial Date - GRANTED.

Plaintiff's Motion to take the Rule 30(b)(6) Deposition of the Defendant in San Francisco - Granted.

Case Continued to   No Pretrial           for Pretrial Conference

Case Continued to 9/6/07 @ 10:00 A.M.     for Jury Trial

ORDERED AFTER HEARING: Ten days prior to the trial the parties are to submit to the Court: A Joint agreed upon, brief statement of the case to be read to the jury. A Joint verdict form.  Joint Jury Instructions prepared by trial counsel not their associates. A list of witnesses, including expert witnesses, in the expected order of their presentation.  The witness list shall also include: a brief statement as to the content of the witness' testimony; an estimate of the time of the witness' testimony, on both direct and cross examination

cc: