1  Ernest Galvan, 196065
2  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
3  San Francisco, California 94104
   Telephone: (415) 433-6830
4
   Petitioner Leslie D. Mower
5

6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| LESLIE D. MOWER, Reg. No. 10178-081<br>Federal Correctional Institution - Camp Parks,<br>Dublin, California,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL COPENHAVER, Warden, Federal<br>Correctional Institution - Camp Parks, Dublin,<br>California,<br><br>   Respondent. | Case No. C 07-3891 PJH<br><br>**STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER TO SHOW CAUSE**<br><br>**LOCAL RULE 7-12** |

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS
2  FOLLOWS:
3      1.    This Court's August 8, 2007 Order to Show Cause should be corrected to indicate
4  that Respondent is Paul Copenhaver, Warden at the Federal Correctional Institution in Dublin,
5  California, and that copies of the Order and attachments thereto be served upon Attorneys for the
6  Respondent, United States Attorney Scott N. Schools, and Special Assistant United States
7  Attorney Dennis M. Wong.
8      2.    The parties further stipulate to request that the Order be corrected *nunc pro tunc* so
9  that the time for response is not to be extended beyond the time set by the August 8, 2007 order.
10
11  **IT IS SO STIPULATED.**
12
13  Dated: August 9, 2007                        By: _____
14                                                       DENNIS M. WONG
15                                                       Special Assistant U.S. Attorney
                                                     Attorney for Respondent
16
17  Dated: August 7, 2007                        By: _____
18                                                       ERNEST GALVAN
                                                     Rosen, Bien & Galvan, LLP
19                                                       Attorney for Petitioner
20
21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**
22
23
24  Dated: August____, 2007
                                                     _____
25                                                       Phyllis J. Hamilton
                                                     United States District Judge
26
27
28

1

STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER TO SHOW CAUSE - Case No. C 07-3891 PJH