1  Ernest Galvan, 196065
2  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
3  San Francisco, California 94104
   Telephone: (415) 433-6830
4
   Petitioner Leslie D. Mower
5

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10 | LESLIE D. MOWER, Reg. No. 10178-081        | Case No. C 07-3891 PJH
   | Federal Correctional Institution - Camp Parks, |
11 | Dublin, California,                         | STIPULATION AND [PROPOSED
   |                                             | ORDER] TO CORRECT NAME OF
12 |          Petitioner,                        | RESPONDENT IN AUGUST 8, 2007
   |                                             | ORDER TO SHOW CAUSE
13 |     v.                                      |
   |                                             | LOCAL RULE 7-12
14 | PAUL COPENHAVER, Warden, Federal            |
   | Correctional Institution - Camp Parks, Dublin, |
15 | California,                                 |
16 |
   |          Respondent.                        |
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER
TO SHOW CAUSE - Case No. C 07-3891 PJH

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1. This Court's August 8, 2007 Order to Show Cause should be corrected to indicate that Respondent is Paul Copenhaver, Warden at the Federal Correctional Institution in Dublin, California, and that copies of the Order and attachments thereto be served upon Attorneys for the Respondent, United States Attorney Scott N. Schools, and Special Assistant United States Attorney Dennis M. Wong.

2. The parties further stipulate to request that the Order be corrected *nunc pro tunc* so that the time for response is not to be extended beyond the time set by the August 8, 2007 order.

**IT IS SO STIPULATED.**

Dated: August 9, 2007        By: _____
                                 DENNIS M. WONG
                                 Special Assistant U.S. Attorney
                                 Attorney for Respondent

Dated: August 7, 2007        By: _____
                                 ERNEST GALVAN
                                 Rosen, Bien & Galvan, LLP
                                 Attorney for Petitioner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August 10, 2007       _____
                             Phyllis J. Hamilton
                             United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED ORDER] TO CORRECT NAME OF RESPONDENT IN AUGUST 8, 2007 ORDER TO SHOW CAUSE - Case No. 07-3891 PJH