SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (925)803-4760
FAX: (415) 436-6748
Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE D. MOWER,<br><br>　　　Petitioner,<br><br>　v.<br><br>PAUL COPENHAVER, Warden,<br><br>　　　Respondent. | No. C-07-3891-CW<br>E-FILING CASE<br><br>DECLARATION OF CECILIA BURKS |

I, Cecilia Burks, do declare and state the following:

1.  I am the Correctional Programs Secretary and Administrative Remedy Clerk employed by the Federal Bureau of Prisons ("BOP"), in the Correctional Programs Department. I have held the Correctional Program Secretary position since November of 2001, and Administrative Remedy Clerk position since April 2006. As part of my duties, I am familiar with the records compiled by the BOP and have access thereto. I am trained and have access to various BOP databases, including those dealing with administrative remedies.

2.  The Administrative Remedy Program is a system by which inmates can complain about almost any aspect of their confinement. Procedural guidelines are spelled out in BOP policy, Program Statement 1330.13, <u>Administrative Remedy Program</u>, which is available at www.bop.gov and in all BOP inmate law libraries. The procedure requires that the inmate first present his complaint to the institution staff (BP-9's). The Warden of that institution then responds to the BP-9. If dissatisfied with the response at that level, the inmate may appeal his complaint to the Regional Director (BP-10's). The Regional Director then responds to the inmate's BP-10. If dissatisfied with the Regional Director's response, the inmate may finally appeal to the General Counsel's Office in the Central Office of the BOP (BP-11's). The National Inmate Appeals Administrator responds to the inmate's BP-11. An inmate has not exhausted his administrative remedies until he has filed his complaint at all three levels and has been denied at all three levels. *See* 28 C.F.R. § 542.10 *et seq.*

3.  I have personally reviewed the Administrative Remedy logs ("logs") maintained on the SENTRY Computer system. This is a national database which includes all administrative grievance filings made by inmates incarcerated in BOP facilities.

4.  My review of the logs shows that during her incarceration with the BOP, inmate Leslie D. Mower, Register No.10178-081, has not filed any request for administrative remedy at any level on any issue. A true and correct copy of the administrative remedy logs for inmate Mower is attached as Exhibit 1.

Declaration of Cecilia Burks
*Mower v. Clark*, C-07-3891-CW                             2

I declare under the penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that the foregoing is true and correct to the best of my information, knowledge and belief. Executed this 3 day of October, 2007, at Dublin, California.

                                               *[signature]*
Cecilia Burks
Administrative Remedy Clerk

# Exhibit 1

Administrative Remedy Log for Leslie Mower, Reg. No. 10178-081

```
   WXR16           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-02-2007
PAGE 001 OF 001                                                         14:52:05
         FUNCTION: LST SCOPE: REG    EQ 10178-081    OUTPUT FORMAT: SINGLE
--------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
 DT RCV: FROM            THRU             DT STS: FROM            THRU
 DT STS: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT RDU
 DT TDU: FROM ___ TO ___ DAYS BEFORE "OR" FROM ___ TO ___ DAYS AFTER DT TRT
STS/REAS:
SUBJECTS:
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _  "OR" EXTENSION: _ _ _
 RCV  OFC : EQ
 TRACK: DEPT:
        PERSON:
          TYPE:
EVNT FACL: EQ
 RCV FACL.: EQ
 RCV UN/LC: EQ
 RCV QTR..: EQ
ORIG FACL: EQ
 ORG UN/LC: EQ
ORIG QTR.: EQ


G5152        NO REMEDY DATA EXISTS FOR THIS INMATE
```