SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
Assistant United States Attorney

DENNIS M. WONG (CSBN 173951)
Special Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (925)803-4760
   FAX: (415) 436-6748
   Email: dwong@bop.gov

Attorneys for Federal Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LESLIE D. MOWER, ) | No. C-07-3891 CW |
| ) | E-FILING CASE |
|    Petitioner, ) | |
| ) | [PROPOSED] ORDER TO DISMISS CASE |
|   v. ) | [AS MOOT] [FOR FAILURE TO |
| ) | EXHAUST ADMINISTRATIVE |
| PAUL COPENHAVER, Warden, ) | REMEDIES] |
| ) | |
|    Respondent. ) | |
| _____ ) | |

[Proposed] Order To Dismiss Case
C-07-3891-CW                   1

After review of the files and materials in this case, [particularly the fact that Petitioner has voluntarily enrolled in the Bureau of Prisons Residential Drug Abuse Treatment Program ("RDAP") at the Federal Prison Camp at Dublin, California, and as a part of the RDAP, has been considered and recommended for six months of placement in a Residential Reentry Center ("RRC"), and has been notified of her provisional eligibility for early release pursuant to 18 U.S.C. § 3621(e)(2)(B), this Court hereby grants Respondent's motion to dismiss this case as Petitioner's habeas corpus is now moot, as there is no meaningful relief this Court can now grant] [this Court hereby grants Respondent's motion to dismiss this case as Petitioner has not exhausted available administrative remedies as required under 42 U.S.C. § 1997e(a)].

IT IS SO ORDERED.

Dated: _____, 2007        By: _____
                                        THE HONORABLE CLAUDIA WILKEN
                                        United States District Judge

[Proposed] Order To Dismiss Case
C-07-3891-CW                           2