1  Ernest Galvan, 196065
   ROSEN, BIEN & GALVAN, LLP
2  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104
3  Telephone:  (415) 433-6830

4  Petitioner Leslie D. Mower

5

6
                    UNITED STATES DISTRICT COURT
7
                  NORTHERN DISTRICT OF CALIFORNIA
8

9

10 LESLIE D. MOWER, Reg. No. 10178-081         Case No. 4:07-cv-03891-CW
   Federal Correctional Institution - Camp Parks,
   Dublin, California,                         **STIPULATION TO EXTEND TIME TO**
11                                             **FILE OPPOSITION TO RESPONDENT'S**
                                               **MOTION TO DISMISS**
              Petitioner,
12                                             **LOCAL RULE 7-12**
        v.
13
   PAUL COPENHAVER, Warden, Federal
14 Correctional Institution - Camp Parks, Dublin,
   California,
15
16            Respondent.

17

18

19

20

21

22

23

24

25

26

27

28

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1.      The last date for Petitioner to file an opposition to Respondent's Notice of Motion and Motion to Dismiss shall be extended from October 25, 2007 to October 29, 2007.

2.      The parties further stipulate that any reply to an opposition shall be served and filed, in accordance with Local Rule 7-3, no less than 14 days before the scheduled hearing date of November 15, 2007.

**IT IS SO STIPULATED.**

Dated:  October 19, 2007                        By: /s/ Dennis M. Wong
                                                DENNIS M. WONG
                                                Special Assistant U.S. Attorney
                                                Attorney for Respondent

Dated:  October 19, 2007                        By: /s/ Ernest Galvan
                                                ERNEST GALVAN
                                                Rosen, Bien & Galvan, LLP
                                                Attorney for Petitioner

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October _____, 2007
                                                _____
                                                Claudia Wilken
                                                United States District Judge

1

STIPULATION TO EXTEND TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS - CASE NO.
4:07-CV-03891-CW