1  Ernest Galvan, 196065
   ROSEN, BIEN & GALVAN, LLP
2  315 Montgomery Street, Tenth Floor
   San Francisco, California 94104
3  Telephone: (415) 433-6830

4  Petitioner Leslie D. Mower

5

6

7                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
8

9
   LESLIE D. MOWER, Reg. No. 10178-081       Case No. 4:07-cv-03891-CW
10 Federal Correctional Institution - Camp Parks,   ORDER GRANTING
   Dublin, California,                        STIPULATION TO EXTEND TIME TO
11                                             FILE OPPOSITION TO RESPONDENT'S
                  Petitioner,                  MOTION TO DISMISS
12
          v.                                   LOCAL RULE 7-12
13
   PAUL COPENHAVER, Warden, Federal
14 Correctional Institution - Camp Parks, Dublin,
   California,
15
16                Respondent.

17

18

19

20

21

22

23

24

25

26

27

28

THE PARTIES, BY AND THROUGH THEIR COUNSEL, STIPULATE AS FOLLOWS:

1.      The last date for Petitioner to file an opposition to Respondent's Notice of Motion and Motion to Dismiss shall be extended from October 25, 2007 to October 29, 2007.

2.      The parties further stipulate that any reply to an opposition shall be served and filed, in accordance with Local Rule 7-3, no less than 14 days before the scheduled hearing date of November 15, 2007.


**IT IS SO STIPULATED.**


Dated:  October 19, 2007                    By: /s/ Dennis M. Wong
                                            DENNIS M. WONG
                                            Special Assistant U.S. Attorney
                                            Attorney for Respondent



Dated:  October 19, 2007                    By: /s/ Ernest Galvan
                                            ERNEST GALVAN
                                            Rosen, Bien & Galvan, LLP
                                            Attorney for Petitioner


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

                    25

Dated:  October _____, 2007      _____
                                            Claudia Wilken
                                            United States District Judge

---

1