**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOWER,

        Plaintiff,

   v.

COPENHAVER,

        Defendant.
                                   /

No. C 07-03891 CW

<u>CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Federal Respondent's Motion to Dismiss under submission on the papers. The hearing previously scheduled for November 15, 2007, is vacated.

Dated: 10/25/07

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk