1   Ernest Galvan, 196065
    ROSEN, BIEN & GALVAN, LLP
2   315 Montgomery Street, Tenth Floor
    San Francisco, California 94104
3   Telephone: (415) 433-6830
    Facsimile: (415) 433-7104
4   Email: Egalvan@rbg-law.com

5   Counsel for Petitioner

6

7

8

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11

12  LESLIE D. MOWER, Reg. No. 10178-081        Case No. 4:07-cv-03891-CW
    Federal Correctional Institution - Camp
13  Parks, Dublin, California,

14                                             DECLARATION OF WILLIAM T. JENNINGS
              Petitioner,                      IN SUPPORT OF PETITIONER'S
15                                             OPPOSITION TO RESPONDENTS' MOTION
         v.                                    TO DISMISS
16
17  PAUL COPENHAVER, Warden, Federal
    Correctional Institution - Camp Parks,
18  Dublin, California,

19
              Respondent.
20

21

22

23

24

25

26

27

28

I, WILLIAM T. JENNINGS, HEREBY DECLARE:

1.      I have personal knowledge of the matters set forth herein, and if called as a witness, I could and would competently so testify.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a letter dated April 6, 2007, that I caused a letter to be sent to the Bureau of Prisons requesting that Ms. Mower be transferred immediately to the Community Corrections Center (Residential Re-entry Center) in Salt Lake City, Utah.

3.      Attached hereto as **Exhibit B** is a true and correct copy of letter my office received from the Bureau of Prisons in late April 2007, stating that the Bureau would not accept this request on behalf of my client.

4.      I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct, and that this declaration was executed this 24th day of OCTOBER, 2007 in Orem, Utah.

William T. Jennings

# Exhibit A

# BAILEY & JENNINGS, LC

## ATTORNEYS AT LAW

Bart J. Bailey
William T. Jennings

Troon Park Building
584 South State Street
Orem, Utah 84058
Tele: (801) 426-8600
Fax: (801) 225-3658

April 6, 2007

Ms. Schelia A. Clark, Warden
FCI Dublin
5701 8th Street, CAMP PARKS
Dublin, CA 94568

### *Via Express Mail - Certified with Return Receipt*

Re :   Leslie D .Mower, Reg No. 10178-081 (FCI Dublin Satellite Camp)

Dear Warden Clark:

This firm represents Leslie D. Mower. We are writing to request that, pursuant to 18 U.S.C. 3621(b), you re-designate and transfer Ms. Mower to the Community Correctional Center located in Salt Lake City, Utah. Judge Dale A. Kimball, who was the sentencing judge, states that he does not oppose Ms. Mower's placement in a community correctional center but that it was up to the Bureau of Prisons to designate Ms. Mower's place of confinement. He further stated that Ms. Mower could present his statements for consideration in determining Ms. Mower's place of confinement.  A copy of Judge Kimball's Order containing those statements is attached herewith.

We believe that if you apply the factors as set forth in §3621(b) as required by law, that Ms. Mower should be transferred to a community correctional center. Further, conversations with the person in charge of the Salt Lake Community Correctional Center indicated that he had room for Ms. Mower and would be willing to take her.

We are aware that the Bureau of Prisons has promulgated regulations that state an inmate cannot be sent to a community correctional center for more than six (6) months or the last ten percent (10%) of an inmate's sentence. However, we are also aware that those

April 6, 2007
Page -2-

_____

regulations have been struck down and declared invalid by numerous United States District Courts and, more importantly, by four (4) United States Circuit Courts of Appeal. We again request that Ms. Mower be transferred to the Community Correctional Center located in Salt Lake City, Utah as soon as possible. We look forward to your reply.

Sincerely,

William T. Jennings
Attorney at Law

cc. Leslie D. Mower (without attachment)

# Exhibit B



U.S. Department of Justice

**Federal Bureau of Prisons**

Federal Correctional Institution

*5701 8ᵗʰ Street, Camp Parks*
*Dublin, California 94568*

April 24, 2007

Mr. William T. Jennings, Esq.
Bailey & Jennings, LC
Troon Park, 584 S. State Street
Orem, Utah 84058

RE:    Mower, Leslie D.
       Reg. No. 10178-081

Dear Mr. Jennings,

We are in receipt of your letter, dated April 6, 2007, in which you requested that the Bureau of Prisons consider your client, Ms. Leslie D. Mower, Register No. 10178-081, for immediate transfer to a Residential Re-entry Center (RRC) in Salt Lake City, Utah.

Federal regulations do not permit you to submit this request on behalf of your client. Pursuant to 28 C.F.R. 542.10 et seq, the administrative remedy process allows an inmate to seek formal review of any aspect of her incarceration, however, "no person may submit a Request [for Administrative Remedy] or Appeal on the inmate's behalf." 28 C.F. R. 542.16. Please be advised that you may provide assistance to your client, however, she must file her requests through the administrative remedy process. Ms. Mower can obtain the necessary forms from her unit team.

I trust this is responsive to your concerns.

Sincerely,

Schelia A. Clark
Warden